UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-687(DSD/ESS)

Kevin M. Tennin,

Plaintiff,

v. **ORDER**

Sheryl Ramstad Hvass, David Krist, James H. Bruton, Deb Vavra, Dave Kampa, Dan Joya, Capt. Deb Nelson, Lt. Michelle Smith, David Reishus, and Barb Stoltz,

Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge E.S. Swearingen, all the files and records, and no objections having been filed to said Report and Recommendation;

**IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against defendants James H. Bruton, Deb Vavra, David Reishus and Barb Stoltz are dismissed pursuant to 28 U.S.C. § 1915A(b); and

2. Plaintiff's claims against the remaining defendants be allowed to proceed at this time, without prejudice to any defenses that such defendants may later seek to raise.

Dated: June 25, 2001

Judge David S. Doty
United States District Court

FILED 6-25-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______