UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-687 (DSD/ESS)

KEVIN M. TENNIN,

Plaintiff,

v.

SHERYL RAMSTAD HVASS,
DAVID CRIST, Sued as David Krist,
JAMES H. BRUTON, DEB VAVRA,
DAVE KAMPA, DAN JOYA,
CAPT. DEB NELSON, LT. MICHELLE
SMITH, DAVID REISHUS, and BARB STOLTZ,

Defendants.

**PRETRIAL ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

The Court will entertain no ex parte motions. All motions shall be filed with the Clerk of Court with a copy sent to the opposing party.

1. The period during which the parties may conduct discovery shall terminate on December 17, 2001. Disputes with regard to discovery shall be called immediately to the Court's attention by the making of an appropriate motion, and shall not be relied upon by any party as a justification for not adhering to this pretrial schedule;

Filed 8-20-01
Richard D. Sletten;, Clerk
Judgment Entd.__________
Deputy Clerk__________

2. All motions which seek to amend the pleadings or add parties must be filed and served, including any memorandum of law and all supporting documents, on or before October 22, 2001;

3. All other nondispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served, including any memorandum of law and all supporting documents, prior to December 17, 2001. Responses to nondispositive motions shall be filed and served on or before fourteen (14) days following service of the original motion. All nondispositive motions will be considered on the papers submitted without a hearing unless the Court determines there is a specific need to hold such a hearing;

4. All dispositive motions, including any memorandum of law and all supporting documents, shall be filed and served prior to February 18, 2002. Responses to dispositive motions shall be filed and served on or before thirty (30) days following service of the original motion. All dispositive motions will be considered on the papers without oral argument unless the Court determines there is a specific need to hold such a hearing;

If Plaintiff fails to adhere to the deadlines set forth in this Order, the Court will consider recommending dismissal of the claim for failure to prosecute.

Dated: August 20, 2001

E. S. Swearingen

E. S. SWEARINGEN
U.S. Magistrate Judge