**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 01-687 (DSD/ESS)

KEVIN M. TENNIN,

Plaintiff,

**ORDER**

v.

SHERYL RAMSTAD HVASS,
DAVID CRIST, Sued as David Krist,
JAMES H. BRUTON, DEB VAVRA,
DAVE KAMPA, DAN JOYA,
CAPT. DEB NELSON, LT. MICHELLE
SMITH, DAVID REISHUS, and BARB STOLTZ,

Defendants.

The above-entitled matter comes before the Court upon Defendants' motion for extension of the pretrial scheduling order in the above-entitled matter [Docket No. 12]. Counsel for the Defendants notes that this Court issued a scheduling order on August 21, 2001, which set forth February 18, 2002, as the deadline for the filing of dispositive motions in this matter. Despite the fact that this Court gave the parties six months in which to draft a dispositive motion, counsel for the Defendants now asks the Court for an additional seven and one half weeks to file her dispositive motion. In her supporting affidavit Counsel states that she requires this additional time because an attorney in her division has left her office, and she has to prepare additional briefs to the Court of Appeals for the Eighth Circuit, in addition to summary judgment motions in other cases which are due in March.

The Court appreciates the fact that counsel for the Defendants is busy, but that does not

FILED 2-21-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

justify the extension of time she seeks. In particular, the Court questions how summary judgment motions due sometime in March will necessitate a delay in preparing a summary judgment motion in this matter which is due in mid-February. Furthermore, counsel has not noted any specific features of this case that would delay her in going forward. Counsel had six months notice that any dispositive motion filed on behalf of her clients would be due February 18, 2002.[1] That length of time should have been sufficient. Nevertheless, the Court will grant the Defendants an additional three weeks to prepare a dispositive motion.

Therefore, based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Defendants' motion [Docket No. 12] is **DENIED IN PART and GRANTED IN PART**, and Defendants shall have until March 11, 2002, to serve and file a dispositive motion in the above-entitled matter.

Dated: Feb. 20, 2002

E. S. Swearingen
E. S. SWEARINGEN
United States Magistrate Judge

---

[1] The Court notes that as February 18, 2002, was a court holiday, dispositive motions in this case would be due on February 19, 2002.