UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin M. Tennin,

Plaintiff,

v.

Sheryl Ramstad Hvass, et al.,

Defendants.

Civil 01-687 DSD/FLN

ORDER

---

This matter is before the undersigned United States Magistrate Judge on a motion by Defendants to dismiss which was filed on March 11, 2002. Defendants served the motion papers on Plaintiff via United States mail at the following last know address:

Kevin M. Tennin, CDC T29992
Duel Vocational Institution
2500 Kasson Road
P. O. Box 400
Tracy, CA 95378-0400

IT IS HEREBY ORDERED that any written response from Plaintiff to this motion to dismiss must be filed with the Court and served on the Defendants on or before August 19, 2002. The Court will decide the motion on written submissions from the parties.

DATED: July 16, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED 7-16-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________