UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEVIN M. TENNIN

Plaintiff,

v.

SHERYL RAMSTAD HVASS, DAVID KRIST, JAMES H. BRUTON, DEB VAVRA, DAVE KAMPA, DAN JOYA, CAPT. DEB NELSON, Lt. MICHELE SMITH, DAVID REISHUS, and BARB STOLTZ,

Defendant.

Civil No. 01-687 (DSD/FLN)

**REVISED SCHEDULING ORDER**

A Report and Recommendation has been filed contemporaneously with this order, which clarifies the current status of Plaintiff's pleading in this matter. The Court has recommended that Plaintiff's claims for injunctive relief be denied and dismissed, but it also has been recommended that Defendants' motion to dismiss the complaint altogether should be denied. In light of these recommendations affecting Plaintiff's pleading, as well as the reassignment of this case to a new magistrate judge, (see Notice dated June 17, 2002), the Court now finds it appropriate to enter a revised scheduling order in this matter.

Based upon the above, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. All discovery in this case shall be completed by February 1, 2003;

2. All non-dispositive motions in this case shall be filed by February 1, 2003, and any response to any non-dispositive motion shall be filed within fourteen (14) days after the filing of the motion; and

FILED 11-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. All dispositive motions in this case shall be filed by March 1, 2003, and any response to any dispositive motion shall be filed within twenty-one (21) days after the filing of the motion.

Dated: November 12, 2002

FRANKLIN L. NOEL
United States Magistrate Judge