UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin M. Tennin, Civil 01-687 DSD/FLN

Plaintiff,

v. ORDER

Sheryl Ramstad Hvass,
David Krist, et al.,

Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 12, 2002, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss [#15] is GRANTED as to Plaintiff's request for injunctive relief, but DENIED without prejudice, in all other respects; and

2. Plaintiff's request for injunctive relief in this matter is denied and dismissed.

DATED: Dec. 16, 2002.

JUDGE DAVID S. DOTY
United States District Court

DEC 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK