UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin M. Tennin,

Plaintiff,

v.

Commissioner of Corrections,
David Crist, et al.,

Defendants.

Civil 01-687 DSD/FLN

ORDER

---

The above referenced matter is before the undersigned Magistrate Judge on Defendants' motion for summary judgment filed on February 28, 2003. Plaintiff is hereby ORDERED to file any response to this summary judgment motion on or before April 15, 2003.

DATE: March 6, 2003.

FRANKLIN L. NOEL
United States Magistrate Judge

FILED 3-7-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK