UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin M. Tennin,

Plaintiff,

v.

Joan Fabian, David Crist, et al.,

Defendants.

Civil 01-687 DSD/FLN

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 8, 2003, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion for summary judgment [#24] is GRANTED.

DATED: 8/21/03

JUDGE DAVID S. DOTY
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS